685 A.2d 942

IN THE MATTER OF JOSEPH A. PRIVETERA,
AN ATTORNEY AT LAW.

December 16, 1996.

## ORDER

**JOSEPH A. PRIVETERA** of **SHIP BOTTOM,** who was admitted to the bar of this State in 1966 and was thereafter suspended from the practice of law by Order of the Court entered December 4, 1996, having tendered his consent to disbarment as an attorney at law of the State of New Jersey, and good cause appearing;

It is ORDERED that **JOSEPH A. PRIVETERA** is disbarred by consent; effective immediately; and it is further

ORDERED that respondent's name be stricken from the roll of attorneys and that he be permanently restrained and enjoined from practicing law; and it is further

ORDERED that in respect of all funds held by **JOSEPH A. PRIVETERA** pursuant to *Rule* 1:21-6, the restraints imposed in

the Court's Order of suspension shall continue pending the further Order of the Court; and it is further

ORDERED that respondent comply with *Rule* 1:20–20 dealing with disbarred attorneys.